UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS (BOSTON)

CHAPTER 13 PLAN

DEBTOR(S)                                              Docket Number (New Case)

Wayne White                                            SS# xxx-xx-4125
Robin White                                            SS# xxx-xx-8606

I. PLAN PAYMENT AND TERM:

Debtor(s) shall pay monthly to the Trustee the sum of **$688.00** for the term of:

\_\_\_\_\_ 36 Months. 11 U.S.C. § 1325(b)(4)(A)(i);
\_X\_ 60 Months. 11 U.S.C. § 1325(b)(4)(A)(ii);
\_\_\_\_\_ 60 Months. 11 U.S.C. § 1322(d)(2). Debtor(s) aver the following cause:
_____ or
\_\_\_\_\_ Months. The Debtor(s) state(s) as reasons therefore: _____

II. SECURED CLAIMS:

A. Claims to be paid through the plan (including arrears):

| Creditor | Description of Claim (pre-petition arrears, purchase money, etc.) | Amount of Claim |
|---|---|---|
| America's Servicing Co. | Pre-petition arrears | $8500.00 |
| Ford Motor Credit | Pre-petition arrears | $1000.00 |

**Total of secured claims to be paid through the Plan:**        $9,500.00

B. Claims to be paid directly by debtor(s) to creditors (Not through Plan):

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| America's Servicing Co. | Post Petition First Mortgage | $207,256.26 |
| Ford Motor Credit | Post Petition Automobile Loan | $4,750.87 |

C. Modification of Secured Claims:

| Creditor | Details of Modification (Additional Details May Be Attached) | Amount of Claim To Be Paid Through Plan |
|---|---|---|

1.) **Claims subject to Cram down and/or Modification and/or Lien Avoidance to be paid through the Plan:**

    a. Beneficial/Household Finance    2nd Mortgage    $125,000.00
SEE SECTION V. B. and EXHIBIT "A" OF PLAN – To be treated as wholly unsecured pursuant to 11 U.S.C. Sections 506(a) and 1322(b)(2). Any claim amount in excess of the value of the collateral securing it is placed into Class IV and has been provided for in Schedule F of the Debtors' Bankruptcy Petition.

D. Lease:

    i.) The Debtor(s) intend(s) to reject the residential/personal property lease claims of: _____
    ii.) The Debtor(s) intend(s) to assume the residential/personal property lease claims of: _____
    iii.) The Arrears under the lease to be paid under the Plan are: $ _____

## III. PRIORITY CLAIMS:

A. Domestic Support Obligations:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| None | | |

B. Other Priority Claims:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| Internal Revenue Service | Income taxes | $4,000.00 |
| Massachusetts D.O.R. | Income Taxes | $14,500.00 |
| Total of Priority Claims to be Paid Through Plan: | | **$ 18,500.00** |

## IV. ADMINISTRATIVE CLAIMS:

A. Attorney Fees (to be paid through the Plan):    $ 2,800.00

B. Miscellaneous Fees:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| None | | |

C. The Chapter 13 Trustee's fee is determined by Order of the United State Attorney General. The calculation of the Plan payment set forth utilizes a 10% Trustee's commission.

## V. UNSECURED CLAIMS:

The general unsecured creditors shall receive a dividend of 4.0% of their claims.

A. General unsecured claims:                                  $ 33,000.00

B. Undersecured claims arising after lien avoidance / cram down:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| Beneficial/Household Finance | 2nd Mortgage | $125,000.00 |

C. Non-Dischargeable Unsecured Claims:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|

**Total of Unsecured Claims: (A+B+C):**                       $ 158,000.00

D. Multiply total by percentage:                              $ 6,320.00
(Example: Total of $38,500.00 x .22 dividend = $8,470.00)

E. Separately classified unsecured claims (co-borrower, etc.):

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| None | | |

Total amount of separately classified claims payable at ___%   $ 0.00

## VI. OTHER PROVISIONS:

A. Liquidation of assets to be used to fund Plan: None

B. Miscellaneous Provisions: None

## VII. CALCULATION OF PLAN PAYMENT:

a. Secured claims (Section I-A total):                        $ 9,500.00

b. Priority claims (Section II-A & B total):                  $ 18,500.00

c. Administrative claims (Section III-A & B total):           $ 2,800.00

d. Regular unsecured claims (Section IV-D total):             $ 6,320.00

e.  Separately classified unsecured claims:                                $ 0.00

f.  Total of a + b + c + d + e above:                           =          $ 37,120.00

g.  Divide (f) by .90 for a total including Trustee's Fee:

                                            **Cost of Plan** =             $ 41,244.44

(This represents to total amount to be paid into the Chapter 13 Plan).

h.  Divide (g), Cost of Plan, by the Term of Plan, 60 months       $687.41

i.  **Round up to nearest dollar for Monthly Plan Payment:**       **$688.00**
    (Enter this amount on page 1)

Pursuant to 11 U.S.C. §1326(a)(1) unless the Court orders otherwise, debtor(s) shall commence making the payments proposed by a plan within thirty (30) days after the petition is filed. Pursuant to 11 U.S.C. §1326(a)(1)(C), the debtor(s) shall make pre-confirmation adequate protection payments directly to the secured creditor(s).

## VIII. LIQUIDATION ANALYSIS

A. Real Estate:

| Address | Fair Market Value | Total Amount of Recorded Liens (Schedule D) |
|---|---|---|
| 17 Lark Street, Fall River MA | $190,000.00 | $320,385.00 |
| Total Net Equity for Real Property: | | $ 0.00 |
| Less Total Exemptions (Schedule C): | | $ 1.00 |
| **Available Chapter 7:** | | $ 0.00 |

B. Automobile(s):

| (Describe year, make, model): | Value | Lien | Exemption |
|---|---|---|---|
| 2004 Chevrolet Silverado | $7,600.00 | 0.00 | $7,600.00 |
| 2006 Ford Escape | $7,000.00 | $4,750.87 | $2,250.00 |
| 1980 Chevrolet Camaro | $1,000.00 | 0.00 | $1,000.00 |

Total Net Equity:                                                       $ 10,850.00

Less Total Exemptions (Schedule C):                                     $ 10,850.00

**Available Chapter 7:**                                    $ 0.00

C. All other Assets: (All remaining items on Schedule B: (Itemize as necessary)

Total Net Value:                                            $ 20,055.00

Less Exemptions (Schedule C):                               $ 20,055.00

**Available Chapter 7:**                                    $ 0.00

D. Summary of Liquidation Analysis (total amount available under Chapter 7):

Net Equity (A and B) plus Other Assets (C) less all claimed Exemptions: $ 0.00

E. Additional Comments regarding Liquidation Analysis: None

## IX. SIGNATURES

Pursuant to the Chapter 13 Rules, the debtor(s) or his/her attorney is required to serve a copy of the Plan upon the Chapter 13 Trustee, all creditors and interested parties, and to file a Certificate of Service accordingly.

/s/ Robert S. Simonian, Esq.                                  Dated: January 5, 2012
Robert S. Simonian, Esq.
155 North Main Street
Fall River, MA 02720
508-678-4000
B.B.O. Number 631817

I/WE DECLARE UNDER THE PENALITIES OF PERJURY THAT THE FOREGOING REPRESENTATIONS OF FACT ARE TRUE AND CORRECT TO THE BEST OF OUR KNOWLEDGE AND BELIEF.

/s/Wayne White                                                Dated: Dated: January 5, 2012

/s/Robin White                                                Dated: Dated: January 5, 2012

## EXHIBIT A

Beneficial Massachusetts, Inc. having a place of business at PO Box 3425, Buffalo, NY 14240 and 270 Swansea mall Drive, Suite 12, Swansea, MA 02777, is the holder of a second mortgage from Wayne G. White and Robin M. White dated December 30, 2005 in the original principal amount of $114,046.09 and recorded January 4, 2006 at the Bristol County, Fall River District Registry of Deeds at Book 6149, Page 88 against real property used as the Debtors' residence and commonly known as 17 Lark Street, Fall River, Massachusetts. Said property has an appraised value of $190,000.00. There is a first mortgage, held by America's Servicing Company in the amount of $207,256.26 at the time the Debtors filed this Chapter 13 Bankruptcy Case. Pursuant to 11 U.S.C. Sections 506(a) and 1322(b)(2), this Chapter 13 Plan provides to modify the second mortgage claim due to Beneficial Massachusetts, Inc., and treat such claim as an unsecured claim in its' entirety. The Order of Discharge to be entered in this case shall constitute a discharge of the mortgage held by Beneficial Massachusetts, Inc., and as described hereinabove and thereafter forever discharged and released from attachment on 17 Lark Street, Fall River, Bristol County, Massachusetts, the Debtor's principal place of residence. The Debtors propose, upon confirmation and completion of the Chapter 13 Plan and entry of The Order of Discharge, to record a copy of this Chapter 13 Plan, the Confirmation of this Chapter 13 Plan and Order of Discharge at the Bristol County Fall River District Registry of Deeds. For the purposes of this Chapter 13 Plan the debt will be treated as unsecured in it's entirety and will become an unsecured and discharged debt upon completion of this Chapter 13 Plan and the entry of the discharge.

## CERTIFICATE OF SERVICE

I, Robert S. Simonian, Esq., Attorney for the Debtor(s), hereby certify, under the pains and penalties of perjury, that I did serve a copy of the foregoing Chapter 13 Plan upon the following parties by delivering same by first class mail, postage prepaid and / or via the Bankruptcy Court's Electronic Filing System.

**By Certified Mail:**

Household Finance / Beneficial
ATTN.: President
PO Box 3425
Buffalo, NY 14240

Beneficial Massachusetts, Inc.
ATTN.: President
207 Swansea Mall Drive, # 12
Swansea, MA 02777

**By Electronic Service:**

    Trustee Carolyn Bankowski
    US Bankruptcy Trustee

**By First Class Mail:**

    See attached mailing list

Dated: January ____, 2012

/s/ *Robert S. Simonian, Esq.*
Robert S. Simonian, Esq.
Bucacci And Simonian, P.C.
155 N. Main Street
Fall River, MA 02720
508-678-4000
B.B.O. No.: 631817

America's Servicing Co
PO BOX 1820
Newark, NJ 07101

Beneficial/Household Finance Co
PO BOX 3425
Buffalo, NY 14240

Capital One
PO Box 30285
Salt Lake City, UT 84130

Capital One
PO Box 71083
Charlotte, NC 28272

Capital One - Bankruptcy
PO Box 5155
Norcross, GA 30091

Capital Recovery Systems
310 South Street
Plainville, MA 02762

Carl Ferreira DMD
1190 Stafford Road
Fall River, MA 02721

Debt Management Inc
249 South Street
Plainville, MA 02762

Department of Revenue
Bankruptcy Unit
PO BOX 9564
Boston, MA 02114

Equable Ascent Financial
1120 W Lake Cook Road
Buffalo Grove, IL 60089

First Premier Bank
601 S Minnesota Avenue
Sioux Falls, SD 57104

First Premier Bank
PO BOX 5519
Sioux Falls, SD 57117

Ford Motor Credit
PO BOX 542000
Omaha, NE 68154

Gary H. Kreppel, Esq.
33 Boston Post Road West
Marlborough, MA 01752

HSBC Card Services
PO BOX 17051
Baltimore, MD 21297

Internal Revenue Service
Insolvency Groups - Stop 20800
15 New Sudbury St.
PO Box 9112
Boston, MA 02203

IRS - Centralized Insolvency
PO Box 21126
Philadelphia, PA 19114

Lustig Glaser & Wilson PC
PO BOX 9127
Needham, MA 02492

Mandy L. Spaulding, Esq.
PO Box 826
North Attleboro, MA 02761

Massachusetts Electric
55 Bearfoot Road
Northborough, MA 01532

Massachusetts Electric dba National Grid
55 Bearfoot Road
Northborough, MA 01532

Mercantile Adjmnt Bureau
6390 Main Street
S-160
Buffalo, NY 14221

National Grid
300 Erie Blvd W
Syracuse, NY 13202

National Grid
PO Box 1005
Woburn, MA 01807

Plains Commerce Bank
2101 W 41st Street, # 34
Sioux Falls, SD 57105

Plains Commerce Bank
PO Box 5217
Sioux Falls, SD 57117

Plains Commerce Bank
PO Box 5235
Sioux Falls, SD 57117

Plains Commerce Bank
PO Box 89937
Sioux Falls, SD 57109

Solomon and Solomon
Columbia Circle
Box 15019
Albany, NY 12212

Solomon And Solomon, P.C.
5 Columbia Circle
Albany, NY 12203

Verizon Wireless
2000 Corporate Drive
Orangeburg, NY 10962

Verizon Wireless Bankruptcy
PO Box 3397
Bloomington, IL 61702